■ HARTE & COMPANY, INC., Appellant, v. SOFTSKIN TOYS, INC., Respondent. SOFTSKIN TOYS, INC., Respondent, v. HARTE & COMPANY, INC., Appellant. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ In the Matter of the General Assignment for the Benefit of Creditors of MARROW MFG. CORP., Assignor, to MAXWELL A. STURTZ, Assignee-Respondent, KING VARICK CORP., Claimant-Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ SAUL LEVY, Appellant, v. RUTH LEVY, Respondent.— Order, so far as appealed from, unanimously modified so as to fix temporary alimony at the rate of $150 per week and counsel fee at the sum of $2,000. On this record the amounts now allowed are warranted. Settle order on notice. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ JACOB FARBER, Respondent, v. J. CHEIN & COMPANY, Appellant.— It appears that prior to November 7, 1956, the date of the order precluding the plaintiff in the event that he failed to produce the agreement dated September 15, 1936, plaintiff was aware of the fact that he was unable to comply with said order as is evidenced by his bill of particulars dated November 2, 1956. Therefore, it was incumbent on the plaintiff to make an appropriate application to the court prior to the making of the order of November 7, 1956. Plaintiff failed to do so at his own risk and we may not fail to give effect to an order which might have been avoided if the plaintiff had acted with diligence and made a prompt disclosure to the court of the relevant circumstances. Order unanimously modified by directing that the preclusion be unconditional, without prejudice to an appropriate application to be relieved of the order of November 7, 1956, with $20 costs and disbursements to the appellant. Settle order on notice. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ JACOB FARBER, Respondent, v. J. CHEIN & COMPANY, Appellant.— In view of the disposition with respect to the appeal in *Farber* v. *Chein Co.* (3 A D 2d 1003), the order is unanimously reversed and the motion denied, without prejudice — the merits of the application not being passed upon at this time. Settle order on notice. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ JUDITH PILOT, Respondent, v. DANIEL PILOT, Appellant.— Order unanimously modified so as to fix temporary alimony at the rate of $50 per week, the amount to be paid for necessary psychiatric and medical expenses is limited to not more than $50 per week, and the amount allowed for counsel fee is fixed at $500. On the record before this court the amounts now allowed are justified. Settle order on notice. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ EXCELLENT FRUIT & PRODUCE DISTRIBUTORS, INC., Respondent, v. PIKE HOTEL CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OTTO F. FUSCO (ROSARIO GALANTE), Appellant, v. HARRY SILBERGLITT, as Warden of the Penitentiary of the City of New York, Rikers Island, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.